# Court of Appeals

## Tenth Appellate District of Texas

10-25-00046-CR

The State of Texas,
Appellant

v.

Harry Cleatis Coleman,
Appellee

On appeal from the
13th District Court of Navarro County, Texas
Judge James E. Lagomarsino, presiding
Trial Court Cause No. D42323-CR

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

The State filed an interlocutory appeal from an order excluding evidence in the above proceeding. The State has filed a motion to "withdraw" the appeal based on a plea bargain agreement reached with the appellee, Harry Cleatis Coleman. The State has signed the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the State's motion to dismiss the appeal is granted, and this appeal is dismissed. *Id.*

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 8, 2025

Before Chief Justice Johnson,
  Justice Smith, and
  Justice Harris
Dismissed
Motion granted
Do not publish
CR25

